July 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

SUSANA V. IZAGUIRRE, Appellant

NO. 14-12-00081-CV

V.

ROBERTO S. RIVERA, Appellee

_____

This cause, an appeal signed October 13, 2011 in favor of appellee Roberto S. Rivera, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Susana V. Izaguirre to pay all costs incurred in this appeal.

We further order this decision certified below for observance.